Case 6:22-mj-00013-HBK Document 4 Filed 08/26/22 Page 1 of 1

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

Jonathan Flores

7112593

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

UNITED STATES OF AMERICA,

v.

Case No. 6:22-MJ-13 HBK

Jonathan Flores

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at: United States District Court, George E. Brown, Jr. Federal Courthouse, 3470 12th Street, Room G-122, Riverside, California. 92501
*Place*

on _____ Report to US Marshal Service by 9/8/2022 for processing
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 8/25/22

8/25/22

*Defendant's signature*

Date: 8/25/22

*Judicial Officer's Signature*

Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

FILED

AUG 25 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY